## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE WHITING-TURNER CONTRACTING COMPANY | * | |
| Plaintiff, | * | |
| v. | * | Case No.: JFM 00 CV 835 |
| MASS ELECTRIC CONSTRUCTION COMPANY, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| MASS ELECTRIC CONSTRUCTION COMPANY | * | |
| Plaintiff, | * | Case No.: JFM 00 CV 1885 |
| v. | * | |
| THE WHITING-TURNER CONTRACTING COMPANY | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Motion to Consolidate filed on behalf of The Whiting-Turner Contracting Company, and of any oppositions thereto, it is this _____ day of _____, 2000 by the United States District Court for the District of Maryland,

ORDERED that the two above captioned actions be and are hereby consolidated for all purposes, including pretrial proceedings and trial.

_____
Judge
United States District Court for the District of Maryland



cc:

Kieran B. Meagher, Esquire
City, Hayes, Meagher & Dissette, P.C.
Fifty Congress Street
Boston, Massachusetts 02109
(617) 523-3050

Robert L. Ferguson, Jr., Esquire
Ferguson, Schetelich & Heffernan, P.A.
1401 Bank of America Center
100 S. Charles Street
Baltimore, Maryland  21201
(410) 837-2200

Counsel for Defendant,
Mass Electric Construction Company


William M. Huddles, Esquire
Kenneth K. Sorteberg, Esquire
Huddles & Jones, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland  21045
(410) 720-0072

Counsel for Plaintiff,
The Whiting-Turner Contracting Company