```
                                    FILED _____ ENTERED
                                    _____ LODGED _____ RECEIVED

MASS ELECTRIC CONSTRUCTION CO.      *
                                    *         OCT - 5 2000
              Plaintiff(s)          *
                                    *                    AT BALTIMORE
         vs.                        *   Civil Action No. JFM00CV1885  CLERK U.S. DISTRICT COURT
                                    *                    DISTRICT OF MARYLAND   DEPUTY
                                    *                    BY
WHITING-TURNER CONTRACTING COMPANY  *   Consolidated with JFM00CV00-835
                                    *
              Defendant(s)          *                    FEE PAID
```

*********************************************************

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Robert L. Ferguson, Jr._____Esquire

a member of the Bar of this court, moves the admission of __Kieran B. Meagher_____ Esquire to

appear pro hac vice in the captioned proceeding as counsel for _Mass. Electric Construction Co.___

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Massachusetts__

and/or the following United States Court(s): _- United States District Court for the District of_

_Massachusetts, United States Court of Appeals for the First Circuit, United States Court_
_of Federal Claims, and the United States Supreme Court._

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has

been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set

forth all relevant facts, including disposition, as follows: __None__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

Signature    ROBERT V. FERGUSON, JR.

Ferguson, Schetelich & Heffernan, P.A.

Address    1401 bank of America Center
100 S. Charles Street
Baltimore, MD 21201-2725

(410) 837-2200

Office phone number

(410) 837-1188

Fax number

#00777

Md. U. S. District Court Number


PROPOSED ADMITTEE:

Signature    KIERAN B. MEAGHER

City, Hayes, Meagher & Dissette, P.C.

Address    50 Congress Street
Boston, MA 02109

(617) 523-3050

Office phone number

(617) 523-5612

Fax number


## ORDER

Motion  ✓  GRANTED

Motion  _____  GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion  _____  DENIED

Dated    Octbn 17 200

Judge, U. S. District Court