# FERGUSON, SCHETELICH & HEFFERNAN, P.A.
## ATTORNEYS AT LAW

1401 BANK OF AMERICA CENTER ♦ 100 SOUTH CHARLES STREET ♦ BALTIMORE, MARYLAND 21201-2725

ROBERT L. FERGUSON, JR.  
ADMITTED MARYLAND AND D.C.  
(410) 223-4082

Fax: (410) 837-1188 ♦ (410) 837-2200 ♦ www.fshlaw.com

E-MAIL  
rferguson@fshlaw.com

December 1, 2000

The Honorable Judge J. Frederick Motz  
United States District Court  
   for the District of Maryland  
101 West Lombard Street  
Baltimore, Maryland 21201  
*VIA HAND DELIVERY*

Re:   *Whiting-Turner Contracting Co. v.*  
     *Mass. Electric Construction Co.*  
     Civil No.: JFM 00 835  
     and  
     *Mass Electric Construction Co.,*  
     *v. Whiting-Turning Contracting Co.*  
     Civil No.: JFM 00 1885  
     Our File No. 00-0171

Dear Honorable Judge Motz:

This firm represents of Mass Electric Construction Company in the captioned case. Mass Electric and Whiting-Turner Contracting Company respectfully request your approval of their agreement to extend the time for Mass Electric to respond to Whiting-Turner's Motion for Partial Summary Judgment from December 1, 2000 to January 15, 2001. In addition, the parties request that the mediation conference with Judge Grimm currently scheduled for January 8, 2001 be re-scheduled to a later date. If you approve, we will call Judge Grimm's chambers next week to coordinate a new date.

The parties have exchanged Requests for Production of Documents and Responses, and are beginning to review each others documents so as to address the contract, and allegations of delays, inefficiencies, and impact claims between them. Mass Electric is beginning to review Whiting-Turner's documents on December 1, 2000. Due to the volume of documents in possession of both parties, it is expected that the document review process for each side will take several days. Mass Electric's project documents are maintained near their offices in Brighton, Massachusetts. Under the circumstances we believe the requested extensions are reasonable and necessary and will not prejudice either party.

If the Court approves this extension, the existing schedule will change as follows

|  | Current Schedule | Revised Schedule |
|---|---|---|
| Deadline for Mass Electric to file Motion for Partial Summary Judgment regarding settlement of delay claim | December 1, 2000 | January 15, 2001 |
| Deadline for Whiting-Turner to file Reply in Support of Motion for Partial Summary Judgment | December 22, 2000 | February 15, 2001 |



FERGUSON, SCHETELICH & HEFFERNAN, P.A.
ATTORNEYS AT LAW

The Honorable Judge J. Frederick Motz
December 1, 2000
Page 2

| | | |
|---|---|---|
| Deadline for Whiting-Turner to make Rule 26(a)(2) disclosures, except opinions | January 5, 2001 | February 19, 2001 |
| Mediation Conference | January 8, 2001 | to be rescheduled |
| Deadline for Mass Electric to make Rule 26(a)(2) disclosures, except opinions | March 2, 2001 | April 20, 2001 |
| Status Conference (may be by telephone) | March 15, 2001 | March 15, 2001 |
| Deadline for Whiting-Turner to make disclosure of expert opinions | April 6, 2001 | May 21, 2001 |
| Deadline for Mass Electric to make disclosures of expert opinions | May 18, 2001 | June 29, 2001 |
| Deadline for Whiting-Turner to make disclosure of rebuttal expert opinions | June 8, 2001 | July 20, 2001 |
| Discovery deadline | July 27, 2001 | September 6, 2001 |

Mr. Huddles, counsel for Whiting-Turner, has reviewed the contents of this letter and I have his authorization to state that he is in agreement with all of the above.

Respectfully submitted,

FERGUSON, SCHETELICH & HEFFERNAN, P. A.

By: _____
Robert L. Ferguson, Jr.
RLF\dms

cc: William M. Huddles, Esquire (via facsimile)
    Kieran Meagher, Esquire

**APPROVED AND SO ORDERED**

_____
Chief Judge
United States District Court

_December 4, 2000_
Date

*Please contact the magistrate judge to reschedule the mediation conference.*

J:\RLF\00-0171\JMOTZ.WPD