IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WHITING-TURNER CONTRACTING COMPANY | * | |
| Plaintiff | * | |
| v. | * | CA No. JFM 00 CV 835 |
| MASS. ELECTRIC CONSTRUCTION CO., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| MASS. ELECTRIC CONSTRUCTION CO. | * | |
| Plaintiff | * | |
| v. | * | CA No. JFM 00 CV 1885 |
| WHITING-TURNER CONTRACTING COMPANY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE

DEAR CLERK,

Plaintiff, Whiting-Turner Contracting Company, has informed Mass. Electric Construction Company that it has made a good-faith effort to locate documents responsive to Requests For Production of Documents Nos. 6 and 9 and has not found any more responsive documents than those identified by the Attorney General's Office in its December 18, 2000 letter

to counsel for Whiting-Turner Contracting Company. Therefore, Defendant, Mass. Electric, through its undersigned counsel withdraws Mass. Electric Construction Company's Motion to Compel Responses to Requests for Production of Documents filed on March 8, 2001.

CITY, HAYES, MEAGHER & DISSETTE, P.C.

By: _____
Kieran B. Meagher, Esquire
50 Congress Street
Boston, Massachusetts 02109
(617) 523-3050

FERGUSON, SCHETELICH & HEFFERNAN, P.A.

By: _____
Robert L. Ferguson, Jr.
Federal Bar No. 00777
Christopher J. Heffernan
Federal Bar No. 03426
1401 Bank of America Center
100 S. Charles Street
Baltimore, Maryland 21201-2725
(410) 837-2200
Attorneys for Mass. Electric Construction Co.

## CERTIFICATE OF SERVICE

I hereby certify that on this _26_ day of March, 2001 a copy of Mass. Electric Construction Company's Line was mailed, first class, postage pre-paid to: William M. Huddles, Esquire and Kenneth K. Sorteberg, Esquire, HUDDLES & JONES, P.C., 5457 Twin Knolls Road, Overlook Center, Suite 304, Columbia, Maryland, Counsel for Whiting-Turner Contracting Company.

_____
Attorneys for Defendant,
Mass. Electric Construction Company