# FERGUSON, SCHETELICH & HEFFERNAN, P.A.
### ATTORNEYS AT LAW

1401 BANK OF AMERICA CENTER ♦ 100 SOUTH CHARLES STREET ♦ BALTIMORE, MARYLAND 21201-2725
Fax: (410) 837-1188 ♦ (410) 837-2200 ♦ www.fshlaw.com

CHRISTOPHER J. HEFFERNAN
Admitted in Maryland & D.C.
(410) 223-4083

May 15, 2001

The Honorable Judge J. Frederick Motz
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201
*VIA HAND DELIVERY*

Re:   *Whiting-Turner Contracting Co. v.*
       *Mass. Electric Construction Co.*
       Civil No.: JFM 00 835
             and
       *Mass Electric Construction Co.,*
       *v. Whiting-Turning Contracting Co.*
       Civil No.: JFM 00 1885
       Our File No. 00-0171

Dear Honorable Judge Motz:

This law firm represents the interest of Mass Electric Construction Company in the captioned case. Mass Electric and Whiting-Turner Contracting Company respectfully request your approval of their agreement to extend the current discovery schedule and to extend the Discovery Deadline to October 31, 2001. The parties have exchanged thousands of documents. As you may recall, this matter involves claims for contract balances, extra work, and delay and inefficiency damages on the Central Light Rail Project at Hunt Valley, Baltimore Washington International Airport and Penn Station. Whiting-Turner has provided Answers to Interrogatories from Mass. Electric and is currently supplementing them. Mass. Electric is preparing Answers to Interrogatories from Whiting-Turner. Due to the volume of documents being reviewed and the detail of the information being sought in the Interrogatories, the discovery process is taking somewhat more time than usual. Under the circumstances, we believe that the requested extensions are both reasonable and necessary and will not prejudice either party.

If the Court approves, the parties request that the existing scheduled be changed as follows:

FERGUSON, SCHETELICH & HEFFERNAN, P.A.
ATTORNEYS AT LAW

The Honorable Judge J. Frederick Motz
United States District Court
  for the District of Maryland
May 15, 2001
Page 2

|  | Current Schedule | Revised Schedule |
|---|---|---|
| Deadline for Mass Electric to make Rule 26(a)(2) disclosures, except opinions | May 21, 2001 | June 11, 2001 |
| Mediation Conference | June 20, 2001 | June 20, 2001 |
| Deadline for Mass Electric to make disclosures of expert opinions | June 29, 2001 | August 8, 2001 |
| Deadline for Whiting-Turner to make disclosure of rebuttal expert opinions | July 20, 2001 | September 7, 2001 |
| Discovery deadline | September 6, 2001 | October 31, 2001 |

Mr. Huddles, counsel for Whiting-Turner, and I have reviewed the contents of this letter and he has authorized us to state that he is in agreement with the extension being requested herein.

Respectfully submitted,

FERGUSON, SCHETELICH & HEFFERNAN, P. A.

By:   Christopher J. Heffernan
CJH\dms

cc:   William M. Huddles, Esquire(via facsimile)
      Kieran Meagher, Esquire

**APPROVED AND SO ORDERED**

_____
Chief Judge
United States District Court

_____
Date May 16, 2001

J:\RLF\00-0171\JMOTZ2.WPD