IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WHITING-TURNER CONTRACTING *
COMPANY
            *
   Plaintiff
            *
 v.              CA No. JFM 00 CV 835
            *
MASS. ELECTRIC CONSTRUCTION
CO., et al.         *

   Defendants    *

\* \* \* \* \* \* \* \* \* \* \* \*

MASS. ELECTRIC CONSTRUCTION
CO.            *

            *

   Plaintiff
            *
 v.              CA No. JFM 00 CV 1885
            *
WHITING-TURNER CONTRACTING
COMPANY         *

   Defendant    *

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING EXTENSION
### FOR MASS. ELECTRIC CONSTRUCTION COMPANY TO RESPOND
### TO WHITING-TURNER'S MOTION FOR LEAVE TO FILE
### A SECOND AMENDED COMPLAINT

Upon consideration of the Consent Motion to Extend Mass. Electric Construction Company's Time to Respond to Whiting-Turner's Motion for Leave to File a Second Amended Complaint, and it appearing based on the foregoing Motion that the foregoing Motion should be granted, it is this _____ day of _____, 2001;

ORDERED that the Consent Motion to Extend Mass. Electric Construction Company's Time to Respond to Whiting-Turner's Motion for Leave to File a Second Amended Complaint to on or before Friday, May 25, 2001 be and hereby is granted.

SO ORDERED.

_____
Judge J. Frederick Motz
United States District Court for the District of MD

cc:  William M. Huddles, Esquire
     Kenneth K. Sorteberg, Esquire
     Christopher J. Heffernan, Esquire