UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE WHITING-TURNER CONTRACTING COMPANY | * | Consolidated Cases: |
| | * | |
| Plaintiff, | * | Case No.: JFM 00 CV 835 |
| | * | |
| v. | * | |
| MASS ELECTRIC CONSTRUCTION COMPANY, et al. | * | |
| | * | |
| Defendants. | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

| | | |
|---|---|---|
| MASS ELECTRIC CONSTRUCTION COMPANY | * | |
| | * | Case No.: JFM 00 CV 1885 |
| Plaintiff, | * | |
| v. | * | |
| THE WHITING-TURNER CONTRACTING COMPANY | * | |
| Defendant. | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *

ORDER GRANTING EXTENSION FOR
WHITING-TURNER CONTRACTING COMPANY
TO REPLY TO MASS. ELECTRIC'S
OPPOSITION TO LEAVE TO FILE A SECOND AMENDED COMPLAINT

Upon consideration of the Consent Motion to Extend Time to Reply to Mass. Electric's Opposition to Leave to File a Second Amended Complaint, and it appearing based upon the foregoing Consent Motion that the foregoing Consent Motion should be granted, it is this 7__ day of _____, 2001;

ORDERED that the Consent Motion to Extend Time to Reply to Mass Electric's Opposition to Whiting-Turner's Motion for Leave to File a Second Amended Complaint to on or before Friday, June 15, 2001 be and hereby granted.

SO ORDERED.

                                                  Judge J. Frederick Motz
                                                  United States District Court for the District of MD

cc:    Christopher J. Heffernan, Esquire
        William M. Huddles, Esquire
        Kenneth K. Sorteberg, Esquire