LAW OFFICES

# HUDDLES & JONES, P.C.

WILLIAM M. HUDDLES (MD, DC)
ROGER C. JONES (VA)
KENNETH K. SORTEBERG (MD, DC)
MARK S. DACHILLE (MD)
EDWARD N. HERSHON (MD)

OVERLOOK CENTER, SUITE 304
5457 TWIN KNOLLS ROAD
COLUMBIA, MARYLAND 21045-3259

WWW.CONSTRUCTIONLAW.COM

DC METRO | BALTIMORE METRO
(301) 621-4120 | (410) 720-0072
FAX (301) 621-4473 | (410) 720-0329 FAX

WRITER'S DIRECT E-MAIL

June 8, 2001

**VIA HAND DELIVERY**

The Honorable J. Frederick Motz
Chief Judge
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  **CONSOLIDATED CASES**
*The Whiting-Turner Contracting Company v. Mass. Electric Construction Co., et al*
**U.S. District Court for the District of Maryland Case No.: JFM 00 835**
**and**
*Mass Electric Construction Co., et al v. Whiting-Turner Contracting Co.*
**U.S. District Court for the District of Maryland Case No.: JFM 00 1885**

Dear Judge Motz:

The purpose of this letter is to request approval of the parties' agreement to amend the present scheduiing order and to extend the discovery deadline until November 21, 200i.

As you may be aware from previous correspondence, discovery in this case has proceeded with all deliberate speed. However, due to the huge volume of documentation arising out of the Central Light Rail construction project which is the subject matter of this case, the process has been slower than expected.

In order to produce their reports, the parties' experts need to review and utilize certain critical project records. Some of these critical records have been difficult to locate and the parties are now making extraordinary efforts to find them. Notwithstanding those efforts, this process has extended the time it has taken for the experts to do their work.



The Honorable J. Frederick Motz,
Chief Judge
June 8, 2001
Page 2

As a result, Whiting-Turner, with the consent of Mass Electric, hereby requests that the existing schedule be amended as follows:

|  | Current Schedule | Revised Schedule |
|---|---|---|
| Deadline for Whiting-Turner to make disclosures of expert opinions | June 11, 2001 | July 9, 2001 |
| Mediation Conference | June 20, 2001 | June 20, 2001 |
| Deadline for Mass Electric to make Disclosures of expert opinions | August 8, 2001 | October 24, 2001 |
| Deadline for Whiting-Turner to make disclosure of rebuttal expert opinions | September 7, 2001 | November 21, 2001 |
| Discovery deadline | October 31, 2001 | January 30, 2002 |

Respectfully submitted,

Huddles & Jones, P.C.

William M. Huddles
Counsel for The Whiting-Turner Contracting Co.

WMH/pas

cc:     Kieran Meagher, Esquire, Counsel for Mass Electric (via facsimile & first class mail)
        Christopher J. Heffernan, Esquire, Counsel for Mass Electric (via facsimile & first class mail)


**APPROVED AND SO ORDERED**

_____                    _____
J. Frederick Motz, Chief Judge                          Date
United States District Court