UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE WHITING-TURNER CONTRACTING COMPANY | * | Consolidated Cases: |
| Plaintiff, | * | Case No.: JFM 00 CV 835 |
| v. | * | |
| MASS ELECTRIC CONSTRUCTION COMPANY, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \*   \* \* \* \* \*

| | | |
|---|---|---|
| MASS ELECTRIC CONSTRUCTION COMPANY | * | |
| Plaintiff, | * | Case No.: JFM 00 CV 1885 |
| v. | * | |
| THE WHITING-TURNER CONTRACTING COMPANY | * | |
| Defendant. | * | |

\* \* \* \* \* \* \*   \* \* \* \* \*

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties hereto, by their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to the dismissal with prejudice of the above-captioned consolidated actions, with each party to pay its own Court costs.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **FERGUSON, SCHETELICH & HEFFERNAN, P.A.** | **HUDDLES & JONES, P.C.** |
| *[signature]* | *[signature]* |
| Robert L. Ferguson, Jr., Esquire<br>Federal Bar #00777<br>Christopher J. Heffernan, Esquire<br>Federal Bar #03426<br>1401 Bank of America Center<br>100 S. Charles Street<br>Baltimore, Maryland 21201<br>(410) 837-2200 | Kenneth K. Sorteberg, Esquire<br>Federal Bar #<br>William M. Huddles, Esquire<br>Federal Bar #<br>Overlook Center, Suite 304<br>5457 Twin Knolls Road<br>Columbia, Maryland 21045<br>(410) 720-0072 |
| Co-Counsel for<br>Mass Electric Construction Company,<br>Federal Insurance Company and<br>Liberty Mutual Insurance Company | Counsel for The Whiting-Turner Contracting Company |

Dated: June 28, 2001

**SO ORDERED:**

_____
Judge J. Frederick Motz
United States District Court for the District of Maryland